UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 6

---

Cartey
-v-
The City University of NY

U.S.C.A. # _____

U.S.D.C. # 08-cv-1608

JUDGE: KMW

DATE: MAR. 11 2008

*U.S. DISTRICT COURT FILED MAR 11 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------------

**DOCUMENT DESCRIPTION**                                            **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                            (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 11th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Carley*

-v-

*The City University of NY*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1608

JUDGE: KMW

DATE: Mar. 11, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered \_\_\_\_\_ Through \_\_\_\_\_, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 11th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01608-KMW
### Internal Use Only

Cartey v. The City University of New York et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Fed. Question: Other

Date Filed: 02/19/2008
Date Terminated: 02/19/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Samuel Ernest Cartey.(laq) (Entered: 03/05/2008) |
| 02/19/2008 | 2 | COMPLAINT against The City University of New York, Teachers' Retirement Board. Document filed by Samuel Ernest Cartey.(laq) (Entered: 03/05/2008) |
| 02/19/2008 |  | Magistrate Judge Douglas F. Eaton is so designated. (laq) (Entered: 03/05/2008) |
| 02/19/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, however, for the reasons set forth, plaintiff's action is dismissed without prejudice. Accordingly, plaintiff's action is dismissed without prejudice as plaintiff's calims "lack an arguable basis either in law or in fact" The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/19/08) (laq) (Entered: 03/05/2008) |
| 02/19/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/19/08) (laq) (Entered: 03/05/2008) |
| 03/07/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Samuel Ernest Cartey. (tp) (Entered: 03/11/2008) |
| 03/07/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Samuel Ernest Cartey. $455.00 APPEAL FEE DUE. IFP REVOKED 2/19/08. (tp) (Entered: 03/11/2008) |
| 03/11/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/11/2008) |
| 03/11/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/11/2008) |