```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SAMUEL ERNEST CARTEY,

                Plaintiff,

  -against-

THE CITY UNIVERSITY OF NEW YORK;
TEACHERS' RETIREMENT BOARD, THE TEACHERS'
RETIREMENT SYSTEM;

                Defendants.
------------------------------------------------------------------X

**ORDER**

08 Civ. 1608 (PAC)

Plaintiff's request to proceed *in forma pauperis* is granted. The Clerk of Court is directed to issue Plaintiff a summons, and the Court's *Pro Se* Office is directed to send to Plaintiff a mailing package with materials that will assist Plaintiff in having the United States Marshal Service perform service of the summons and complaint.

SO ORDERED.

                                              /s/ Paul A. Crotty
                                              PAUL A. CROTTY
                                              United States District Judge

Dated: JUL 1 6 2008
           New York, New York